# IN THE SUPREME COURT OF THE STATE OF NEVADA

GONZALO I. GALINDO-MILAN, F/K/A,
GONZALO I. GALINDO,
                Appellant,
         vs.
MARY JOHANNA RASMUSSEN,
                Respondent.

No. 77552

FILED

DEC 20 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a minute order vacating an objection hearing. Eighth Judicial District Court, Clark County; Mathew Harter, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals certain jurisdictional defects. Specifically, the notice of appeal is untimely filed under NRAP 4(a) because it was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed).

In addition, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152

18-909794

(1984).  No statute or court rule provides for an appeal from an order vacating a hearing.

We conclude, therefore, that we lack jurisdiction, and we ORDER this appeal DISMISSED.[1]

_____Pickering_____, J.
Pickering

_____Gibbons_____, J.
Gibbons

_____Hardesty_____, J.
Hardesty

cc:    Hon. Mathew Harter, District Judge
       Gonzalo I. Galindo-Milan
       Black & LoBello
       Eighth District Court Clerk

_____

[1]We deny as moot appellant's request to consolidate this appeal with other pending appeals.